# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 18-00050-01-CR-W-GAF |
| CHRISTOPHER GOOD, | ) | |
| Defendant. | ) | |

## ORDER

On July 18, 2018, a hearing was held on the issue of defendant Christopher Good's competency. The parties agreed that the Court should consider the psychological or psychiatric report prepared by Dr. Schenk, dated June 6, 2018.

On July 19, 2018, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (Doc. 19).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is

ORDERED that defendant Christopher Good is found to be competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 7, 2018